B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Alabama

In re **D & D Hospitality, LLC**  Case No. **11-83081**
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Parminder Dhaliwal<br>32210 Highway 377 North<br>Gordonville, TX 76245 | Parminder Dhaliwal<br>32210 Highway 377 North<br>Gordonville, TX 76245 | | | 200,000.00 |
| American Hotel Register Company<br>16458 Collection Ctr. Dr.<br>Chicago, IL 60693 | American Hotel Register Company<br>16458 Collection Ctr. Dr.<br>Chicago, IL 60693 | | | 7,656.97 |
| Ben Keith<br>PO Box 901001<br>Fort Worth, TX 76101 | Ben Keith<br>PO Box 901001<br>Fort Worth, TX 76101 | | | 2,015.21 |
| Choice Hotels International<br>PO Box 79882<br>Baltimore, MD 21279-9882 | Choice Hotels International<br>PO Box 79882<br>Baltimore, MD 21279-9882 | | | 1,602.99 |
| Choice Hotels International<br>PO Box 99992<br>Chicago, IL 60696-7792 | Choice Hotels International<br>PO Box 99992<br>Chicago, IL 60696-7792 | | | 16,965.16 |
| Courtsey Products LLC<br>PO BOX 840020<br>Kansas City, MO 64184-0020 | Courtsey Products LLC<br>PO BOX 840020<br>Kansas City, MO 64184-0020 | | | 858.92 |
| First Citizens Bank<br>PO Box 690<br>Temecula, CA 92593 | First Citizens Bank<br>PO Box 690<br>Temecula, CA 92593 | Motel/ Hospitality / Comfort Inn Suites | | 255,976.52<br>(2,600,000.00 secured)<br>(4,168,419.31 senior lien) |
| Golden Triangle<br>1516 Masch Branch Road, Suite B<br>Denton, TX 76207 | Golden Triangle<br>1516 Masch Branch Road, Suite B<br>Denton, TX 76207 | | | 1,062.25 |
| Guest Supply Company<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 | Guest Supply Company<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 | | | 1,495.56 |
| JanPak DFW<br>3101 High River Road. STE 101<br>Fort Worth, TX 76155 | JanPak DFW<br>3101 High River Road. STE 101<br>Fort Worth, TX 76155 | | | 1,183.50 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **D & D Hospitality, LLC**      Case No. **11-83081**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lamar Outdoor Advertising<br>2931 Texoma Drive<br>PO Box 1482<br>Denison, TX 75020 | Lamar Outdoor Advertising<br>2931 Texoma Drive<br>PO Box 1482<br>Denison, TX 75020 | | | 2,800.00 |
| Maynard, Cooper, & Gale, PC<br>1901 Sixth Avenue North<br>2400 Regions/Herbert Plaza<br>Birmingham, AL 35203 | Maynard, Cooper, & Gale, PC<br>1901 Sixth Avenue North<br>2400 Regions/Herbert Plaza<br>Birmingham, AL 35203 | | | 985.50 |
| New Carbon Distributing<br>PO BOX 71<br>Buchanan, MI 49107 | New Carbon Distributing<br>PO BOX 71<br>Buchanan, MI 49107 | | | 946.00 |
| North Texas Hotel Group<br>207 Hillside Lane<br>Lindsay, TX 76250 | North Texas Hotel Group<br>207 Hillside Lane<br>Lindsay, TX 76250 | Motel/ Hospitality / Comfort Inn Suites | | 313,197.73<br>(2,600,000.00 secured)<br>(4,424,395.83 senior lien) |
| Royal Cup<br>PO Box 170971<br>Birmingham, AL 35217 | Royal Cup<br>PO Box 170971<br>Birmingham, AL 35217 | | | 1,341.38 |
| SBA Loan<br>600 North Central Expressway,Suite<br>Plano, TX 75074 | SBA Loan<br>600 North Central Expressway,Suite<br>Plano, TX 75074 | Motel/ Hospitality / Comfort Inn Suites | | 1,591,923.20<br>(2,600,000.00 secured)<br>(2,576,496.11 senior lien) |
| Seigers Plumbing Compnay<br>PO Box 1004<br>Gainesville, TX 76241 | Seigers Plumbing Compnay<br>PO Box 1004<br>Gainesville, TX 76241 | | | 662.49 |
| Terminex Commercial<br>4601 LANGLAND RD SUITE 101<br>Dallas, TX 75244 | Terminex Commercial<br>4601 LANGLAND RD SUITE 101<br>Dallas, TX 75244 | | | 909.38 |
| Thyssenkrupp Elevator<br>PO box 569330<br>Dallas, TX 75356-9330 | Thyssenkrupp Elevator<br>PO box 569330<br>Dallas, TX 75356-9330 | | | 821.08 |
| Western Printing Company<br>PO BOX 1276 | Western Printing Company<br>PO BOX 1276 | | | 682.02 |

B4 (Official Form 4) (12/07) - Cont.

In re  **D & D Hospitality, LLC**                                    Case No.  **11-83081**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Memeber of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 2, 2011**            Signature  **/s/ Gagandeep Dhaliwal**
                                                  **Gagandeep Dhaliwal**
                                                  **Managing Memeber**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.