# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| D&D HOSPITALITY, LLC | ) | CASE NO. 11-83081 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |

## APPLICATION BY CHAPTER 11 DEBTOR TO EMPLOY APPRAISER

COMES NOW the undersigned Chapter 11 debtor-in-possession ("Debtor"), in compliance with 11 U.S.C. Section 327 and Bankruptcy Rules 2014 and 5002, and respectfully represents:

1. Applicant is the duly qualified and acting Chapter 11 debtor in this case.

2. Employment of Joe W. Milkes, MAI, CCIM, MBA, of Plano, Texas, is essential to the Chapter 11 debtor's efficient reorganization.

3. In the opinion of the Chapter 11 debtor, employment of Mr. Milkes as a certified appraiser would be in the best interest of the Estate.

4. Mr. Milkes is experienced in appraising the value of commercial proerpty in Texas. A statement of Mr. Milkes' qualifications is attached hereto as Exhibit "A". Mr. Milkes was providing such services to the debtor before the Chapter 11 filing and so is familiar with the debtor's business activities.

5. Mr. Milkes will provide his services to the estate at his normal billing rates, which are also set out in Exhibit A.

6. **Applicant proposes that any objection to this application should state in writing why such application should not be granted and must be received by the U.S. Bankruptcy Court within twenty-one (21) days after the application was received. The Court shall hear any timely objection to the application at the Federal Courthouse, Cain Street Entrance, Decatur, Alabama. Unless a timely objection is filed, the Court may grant the application without further notice.**

WHEREFORE, the Chapter 11 debtor prays that it be authorized to employ Joe W. Milkes in this case, and that he have such other and further relief as the Court deems just.

Respectfully submitted this 7th day of September, 2011.

/s/ Tazewell T. Shepard
Tazewell T. Shepard
Kevin M. Morris
*Attorneys to Chapter 11 Debtor-in-possession*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: (256) 512-9924
Fax: (256) 512-9837

### VERIFIED STATEMENT BY PROFESSIONAL

Pursuant to Bankruptcy Rule 2014(a), the undersigned hereby states to the Court that he has no connection, financial or otherwise, with the debtor, the debtor's creditors or any other party in interest and that he knows of no conflict or potential conflict of interest with his proposed appointment as property appraiser for the Chapter 11 debtor.

/s/Joe W. Milkes
Joe W. Milkes

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 by depositing same in the United States Mail, postage prepaid, this 7th day of September, 2011.

/s/ Tazewell T. Shepard
Tazewell T. Shepard