**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| D & D Hospitality, LLC, | ) | CASE NO. 11-83081-JAC11 |
| Tax ID/EIN:  xx-xxx1239 | ) | |
| | ) | |
| Debtor(s) | ) | CHAPTER 11 |

<u>**BANKRUPTCY ADMINISTRATOR'S MOTION**</u>
<u>**FOR AN ORDER SETTING BAR DATE FOR FILING CLAIMS**</u>

  COMES NOW J. Thomas Corbett, Acting Bankruptcy Administrator for the Northern District of Alabama (hereinafter "BA"), by and through his Division Attorney, and moves this Honorable Court, pursuant to Rule 3003 of the Federal Rules of Bankruptcy Procedure, for an order setting **December 28, 2011**, as the bar date for filing proofs of claim and equity security interests and in support thereof states as follows:

1. The debtor(s) filed this case under chapter 11 of the U.S. Bankruptcy Code and continues to operate as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the debtor's bankruptcy case.

2. Rule 3003(c)(3) of the Bankruptcy Rules of Procedure provides that "[t]he Court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed."

3. A bar date for filing proofs of claim and equity security interests is necessary to allow the debtor(s) to proceed with the administration of the bankruptcy case and to pursue confirmation and consummation of the Plan.

4. The administration of this case and the likelihood of a successful reorganization/liquidation is greatly benefitted by the filing of claims by a date certain.

5. A date certain for the filing of claims benefits the debtor and creditors and does not impose an undue hardship, burden, or detriment on the debtor, creditors, or the estate.  Accordingly, pursuant to Bankruptcy Rule 3003, the Court has cause to establish a bar date.

6. Bankruptcy Administrator requests that the Court set **December 28, 2011**, as the deadline for filing proofs of claim and equity security interests.

WHEREFORE, these premises considered, the Bankruptcy Administrator respectfully requests that this Court enter an order setting **December 28, 2011**, as the bar date for filing proofs of claim and equity security interests in the above-styled case.

Respectfully submitted 15 September 2011.

> J. THOMAS CORBETT
> Acting United States Bankruptcy Administrator
> for the Northern District of Alabama
>
> /s/ Richard M. Blythe
> Richard M. Blythe
> Assistant U.S. Bankruptcy Administrator
> Alabama. Bar ID: ASB-3199-B52R

Office of the United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602
(256) 340-2740

### CERTIFICATE OF SERVICE

I hereby certify that on 15 September 2011, I have served a copy of the foregoing on Debtor's Counsel and those parties requesting notice by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

Tazewell T. Shepard, Esq.
SPARKMAN, SHEPARD & MORRIS, PC
P.O. Box 19045
Huntsville, AL 35804

> /s/ Richard M. Blythe
> **RICHARD M. BLYTHE**
> Assistant U.S. Bankruptcy Administrator