## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## DECATUR DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **D&D HOSPITALITY, LLC,** | § § | Case No. 11-83081-JAC11 |
| Debtor. | § § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **JAGMOHAN DHILLON,** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010, and § 342 of the Bankruptcy Code. All notices given or required to be given in this case shall be given to and served at the following addresses:

Jeff Carruth
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Tel: (817) 795-5046
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any notice of fee applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceedings related thereto.

Case 11-83081-JAC11    Doc 26    Filed 09/20/11    Entered 09/20/11 12:12:55    Desc Main
Document      Page 1 of 2

Dated: September 16, 2011        Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _____
JEFF CARRUTH
State Bar No. 24001846
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Phone: (817) 795-5046
Facsimile: (866) 666-5322
jcarruth@wkpz.com

ATTORNEYS FOR JAGMOHAN DHILLON

0667507

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served upon all registered ECF users in this case on September 16, 2011.

_____
One of Counsel