# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| D&D Hospitality, LLC, | ) | CASE NO. 11-83081-JAC-11 |
| | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

**BANKRUPTCY ADMINISTRATOR'S RECOMMENDATION THAT THE DEBTOR'S APPLICATION TO EMPLOY TAZEWELL T. SHEPARD AND KEVIN M. MORRIS, AS ATTORNEYS BE APPROVED**

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama, by and through the undersigned counsel of record, and regarding the application to employ an attorney filed by the debtor, states as follows:

1. The Bankruptcy Administrator, at the Court's request has reviewed the application to employ **TAZEWELL T. SHEPARD AND KEVIN M. MORRIS** as attorney s filed by the debtor in the above styled case and finds that the same complies with the requirements of 11 U.S.C. §327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, these premises considered, the Bankruptcy Administrator recommends that the Court **approve** the application to employ **TAZEWELL T. SHEPARD AND KEVIN M. MORRIS** as attorneys for the Debtor.

Respectfully submitted 27 September 2011.

        J. THOMAS CORBETT
        Acting United States Bankruptcy Administrator for the
        Northern District of Alabama

BY:    /s/ Richard M. Blythe
        Richard M. Blythe
        Assistant U.S. Bankruptcy Administrator
        Alabama. Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602
(256) 340-2740

**CERTIFICATE OF SERVICE**

       I hereby certify that on 27 September 2011, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

Tazewell T. Shepard, Esq.
SPARKMAN, SHEPARD & MORRIS, PC
P.O. Box 19045
Huntsville, AL 35804

                                              /s/ Richard M. Blythe
                                              Richard M. Blythe
                                              Assistant U.S. Bankruptcy Administrator