Jeff D. Carruth
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015
(817) 795-5046 – Telephone
(866) 666-5322 – Facsimile
jcarruth@wkpz.com

ATTORNEYS FOR BAWA DHILLON

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| D & D HOSPITALITY, LLC, | § | CASE NO: 11-43153-BTR-11 |
|    Debtor in Possession | § | CHAPTER 11 |
| | § | |

## WITNESS AND EXHIBIT LIST REGARDING DISCLOSURE STATEMENT HEARING

Dhillon, party in interest, and equity interest holder of the above-captioned debtor ("Dhillon") files this Witness and Exhibit List regarding the hearing on the disclosure statement in support of Dhillon's competing plan (Docket No. 109)(the "Dhillon Disclosure Statement").

### Witnesses

1. Jagmohan Dhillon
2. Jay Karotkin
3. Gupreet Dhaliwal
4. Raj Patel
5. Gagan Dhaliwal
6. One or more representatives of the Debtor.
7. One or more representatives of North Texas Hotel Group.
8. Any witness identified or called by any other party.
9. Any rebuttal or impeachment witness.

### Exhibits

1. The Disclosure Statement and any amendments thereto, including internal exhibits.
2. Dhillon's competing plan, and any amendments thereto, including internal exhibits.
3. Debtor's disclosure statement, including any internal exhibits.
4. Debtor's proposed plan, including internal exhibits.
5. Any item, pleading, proof of claim, or other item filed in the case.
6. Any exhibit identified or offered by any other party.
7. Any rebuttal or impeachment exhibit.

Copies of the foregoing exhibits are available by contacting the undersigned.

Dhillon expressly reserves the right to amend and add additional witnesses and exhibits, including rebuttal witnesses and exhibits, as they are determined to be relevant or helpful by Dhillon or the Court. Moreover, Dhillon reserves the right to use any pleadings or other documents filed in the bankruptcy case and to move the Court for additional relief, if necessary.

DATED: February 24, 2012       Respectfully submitted by:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Jeff Carruth
    JEFF CARRUTH
    State Bar No. 24001846
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76015
    Phone: (817) 795-5046
    Facsimile: (866) 666-5322
    jcarruth@wkpz.com

ATTORNEYS FOR BAWA DHILLON

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2012, a true and correct copy of the foregoing has been served electronically on all registered ECF users in this case.

*/s/ Jeff Carruth*
Jeff Carruth