# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| D & D HOSPITALITY, LLC, | § | CASE NO: 11-43153-BTR-11 |
|    Debtor in Possession | § | CHAPTER 11 |
| | § | |
| | § | |

## CERTIFICATE OF CONFERENCE (RE: DOCKET NO. 109)

On February 24, 2012, the undersigned conferred with Mr. Andrew Baka, counsel for the SBA, and Mr. Brad Repass, counsel for First Citizens Bank, each of who expressed on behalf of his client support for the simultaneous solicitation of the competing plans of reorganization filed by (i) the Debtor and North Texas Hotel Group, Ltd. and (ii) Bawa Dhillon.

DATED: February 24, 2012

Notice provided by:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Jeff Carruth
    JEFF CARRUTH
    State Bar No. 24001846
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76015
    Phone: (817) 795-5046
    Facsimile: (866) 666-5322
    jcarruth@wkpz.com

ATTORNEYS FOR BAWA DHILLON