**EOD**

03/23/2012

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **D & D HOSPITALITY LLC** | § | **CASE NO: 11-43153-BTR-11** |
| | § | |
| Debtor in Possession | § | **CHAPTER 11** |

### ORDER APPROVING
### DEBTOR IN POSSESSION'S AMENDED DISCLOSURE STATEMENT AND
### SETTING HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN

An Amended Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor, D & D Hospitality LLC ("Debtor") on February 22, 2012 ("Disclosure Statement") and which refers to a proposed Chapter 11 Plan of Reorganization filed by the Debtor on January 7, 2012 as amended ("Debtor's proposed Chapter 11 Plan") and this Court having considered the Disclosure Statement, having considered certain revisions proposed by the Debtor, and having heard argument of counsel, the Court is of the opinion for the reasons stated herein and on the record that Debtor's Disclosure Statement as modified and amended should be approved. It is therefore

### IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN THAT:

**A.** that Debtor's Disclosure Statement is **APPROVED;**

B. **ON OR BEFORE** March 26, 2012, a copy of this Order, the Debtor's proposed Chapter 11 Plan, the Debtor's Disclosure Statement as approved and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders and other parties in interest and shall be transmitted to the United States Trustee, as provided in Rule 3017(d), Bankruptcy Rules; however in accordance with 11 U.S.C. § 1126(f), acceptances and rejections will not be solicited from any class that is not impaired under the proposed plan;

C. **May 9th 2012** is fixed for the last day for filing written acceptances or rejections of the Debtor's proposed Chapter 11 Plan which must be received by 5:00 P.M. (CDT)on that date at the offices of Debtor's counsel, John Gitlin, 5339 Spring Valley Road, Dallas, Texas 75254; facsimile no. 972.385.8460 and no acceptances or rejections received after the stated deadline shall be counted or otherwise included in the tabulation of acceptances and rejections of the Debtor's proposed Chapter 11 Plan without further Court order;

D. **May 4th 2012** is fixed as the last day for filing and serving written objections to confirmation of the Debtor's proposed Chapter 11 Plan pursuant to Rule 3020(b)(1) and all comments or objections not timely filed and served by such deadline shall be deemed waived;

E.      The hearing to consider the confirmation of the Debtor's proposed Chapter 11 Plan is fixed for

and shall be conducted on **May 14, 2012 at 10:30 A.M.** in the Courtroom of the Honorable Brenda T.

Rhoades, 660 North Central Expressway, Suite 300B, Plano, Texas which hearing may be adjourned

or continued to a different date without further notice other than notice given in open court.


Signed on 3/23/2012


*Brenda T. Rhoades*          SR

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE


**ORDER PREPARED BY:**

/s/ John Gitlin
John J. Gitlin
Texas State bar No. 07986600
5339 Spring Valley Road
Dallas, Texas  75254
Telephone:  (972) 385-8450
Telecopier:  (972) 385-8460
**COUNSEL FOR THE DEBTOR**